This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.

IT IS SO ORDERED.

Charles M. Caldwell
United States Bankruptcy Judge

Dated: September 08, 2009

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

```
In Re      CRYSTAL L JEFFERSON      :      Chapter 13

SSN:       XXX-XX-2352              :      Case No. 04-69076
           XXX-XX-0000
DEBTOR(S)                           :      JUDGE CALDWELL
```

ORDER OF DISMISSAL

Pursuant to the motion of the Chapter 13 Trustee and for good cause shown, the Court hereby dismisses this proceeding for failure of the debtor(s) to comply with the terms of the Chapter 13 Plan previously confirmed herein. See 11 U.S.C. 1307 (c) (6).

The Trustee is hereby given leave to file his Final Report herein and be discharged from his trust.

**IT IS SO ORDERED.**

**SERVE ALL PARTIES**

###